# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| COMMUNITY BANK & TRUST WEST GEORGIA, *as successor-in-interest to* FOUNTAINHEAD SBF LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> BLUE SKY PROPERTIES, LLC, <br><br> and <br><br> ANDREW WARDE, <br><br> *Defendants*. | Civil Action No. |

## COMPLAINT

Plaintiff Community Bank & Trust West Georgia ("Community Bank"), as successor-in-interest to Fountainhead SBF LLC ("Fountainhead"), by and through its undersigned counsel, complains against Defendants Blue Sky Properties, LLC ("Blue Sky") and Andrew Warde ("Warde") as follows:

## PRELIMINARY STATEMENT

1. This action arises from a default under a Small Business Administration ("SBA") loan in the original principal amount of $1,223,900.00, which was extended by Fountainhead to BreakoutIQ to finance the acquisition of a business and provide working capital.

2. To secure the Note and Loan (defined herein), Defendants Blue Sky and Warde executed unconditional guaranties, and Warde executed additional mortgages and security agreements on real property located in Bath and Arundel, Maine.

3. BreakoutIQ defaulted by failing to make scheduled loan payments. Despite demand, Blue Sky and Warde have failed to honor their Guaranty obligations.

4. Plaintiff Community Bank, as Fountainhead's successor-in-interest, seeks to recover the unpaid loan balance, together with accrued interest, attorneys' fees, and all other amounts recoverable under the promissory note and guaranties.

## JURISDICTION

5. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1), in that this is a civil action between a citizen of Georgia and citizens of Maine, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

## VENUE

6. Venue is proper in this district under 28 U.S.C. § 1391(b)(3), in that Defendants Blue Sky and Warde are subject to personal jurisdiction in this district with respect to this action, and there is no other district in which the action may otherwise be brought.

## PARTIES

7. Plaintiff Community Bank is a corporation that is incorporated in Georgia and has its principal place of business in LaGrange, Georgia.

8. Upon information and belief, Blue Sky Properties, LLC, is a limited liability company formed under the laws of Maine and does business in Saco, Maine. Upon information and belief, Defendant Blue Sky has one member: Andrew Warde, who is a citizen of Maine.

9. Upon information and belief, Andrew Warde is an individual who resides in Arundel, Maine. Upon information and belief, Defendant Warde is a citizen of Maine.

## FACTS

### A.  *The Small Business Administration Loan*

10. On or about December 16, 2021, BreakoutIQ, LLC ("BreakoutIQ" or the "Borrower") executed a Loan Agreement (the "SBA Loan") with Fountainhead SBF, LLC ("Fountainhead" or the "Lender").  A copy of the Loan is attached hereto as **Exhibit A**.

11. On or about December 16, 2021, BreakoutIQ executed and delivered a promissory note in favor of Fountainhead (the "Note") in the original principal amount of $1,223,900.00.  A true copy of the Note is attached hereto as **Exhibit B**.

12. Blue Sky, Rest EZ, Inc. ("Rest EZ"), Family Financial Centers #PA1, LLC ("Family Financial Centers"), Liberty Tree Financial Services, LLC ("Liberty Tree Financials"), Andrew Warde, Bethany Warde ("Bethany"), and Andrew Clark ("Clark"), joined in the Loan, individual and collectively, as guarantors (the "Guarantors").

13. Warde executed the Loan on behalf of BreakoutIQ, as the Borrower, and on behalf of Blue Sky, Rest EZ, Family Financial Centers, Liberty Tree Financial Services, and individually, as Guarantors.

14. The Loan was used to finance the business acquisition of BreakoutIQ, and for working capital.  On information and belief, BreakoutIQ provides virtual and in-person teambuilding events for businesses.

15. The Loan was authorized by the United States Small Business Administration ("SBA") on or about September 23, 2021.

### B.  *The Unconditional Guaranties*

16. On or about December 16, 2021, Blue Sky executed an unconditional Guaranty (the "Blue Sky Guaranty") in favor of Fountainhead.  A true copy of the Blue Sky Guaranty is

attached hereto as **Exhibit C**.

17. On or about December 16, 2021, Warde executed an unconditional Guaranty (the "Warde Guaranty") in favor of Fountainhead. A true copy of the Warde Guaranty is attached hereto as **Exhibit D**.

18. The Blue Sky Guaranty and the Warde Guaranty (collectively, the "Guaranties") unconditionally and absolutely guaranty the obligations under the Loan and Note.

19. The Guaranties provide Fountainhead with the right to proceed directly against the Guarantors to collect payment in full in the event of a default of the obligations of BreakoutIQ.

### C. *The Security Agreements and Mortgages*

20. To secure the Note, BreakoutIQ executed a security agreement in favor of Fountainhead granting Fountainhead a security interest in the following collateral:

   a. Accounts receivable and other intangibles;

   b. Inventory;

   c. Machinery, equipment, and furniture;

   d. Proceeds; and

   e. Intellectual property, contracts, agreements, documents, and similar items.

21. To secure the Guaranty, Warde executed a mortgage and security agreement in favor of Fountainhead encumbering the real property located at 816 Middle Street, Bath, Sagadahoc County, State of Maine (the "Bath Property").

22. To further secure the Guaranty, Warde executed a mortgage and security agreement in favor of Fountainhead encumbering the real property located at 4 Tamrox Dr, Arundel, York County, State of Maine (the "Arundel Property").

23. To further secure the Guaranty, Blue Sky executed a security agreement in favor of Fountainhead granting Fountainhead a security interest in the following collateral:

    a. Accounts receivable and other intangibles;

    b. Inventory;

    c. Machinery, equipment, and furniture;

    d. Proceeds; and

    e. Documents and similar items.

24. On or about December 16, 2021, Fountainhead filed a UCC Financing Statement with the Maine Secretary of State (the "Blue Sky Financing Statement"), securing its interest in Blue Sky's collateral.

25. On or about January 10, 2022, Fountainhead recorded the mortgage on the Bath Property in the Sagadahoc County Registry of Deeds at Book 2022R, Page 00286.

26. On or about January 10, 2022, Fountainhead recorded the mortgage on the Arundel Property in the York County Registry of Deeds at Book 18922, Page 705.

27. On or about January 31, 2024, Fountainhead executed an Allonge to the Note assigning the Note to Community Bank (the "Allonge"). A copy of the Allonge is attached hereto as **Exhibit E**.

28. On or about January 31, 2024, Fountainhead assigned its interest in the mortgage on the Arundel Property to Community Bank by a Form of Assignment of Mortgage recorded in the York County Registry of Deeds at Book 19588, Page 521.

29. On or about January 31, 2024, Fountainhead assigned its interest in the mortgage on the Bath Property to Community Bank by a Form of Assignment of Mortgage recorded in the Sagadahoc County Registry of Deeds at Book 2024F, Page 04063.

D.   *The Default*

30.   On or about June 4, 2024, Community Bank notified Warde via letter that the SBA Note was in default for failing to make the regularly scheduled payments under the Loan (the "Warde Notice of Default"). A copy of the Warde Notice of Default is attached hereto as **Exhibit F**.

31.   On or about June 4, 2024, Community Bank notified Blue Sky via letter that the SBA Note was in default for failing to make the regularly scheduled payments under the Loan (the "Blue Sky Notice of Default"). A copy of the Blue Sky Notice of Default is attached hereto as **Exhibit G**.

32.   As a result of the Default, Community Bank accelerated the entire balance of the Loan, consisting of $1,069,987.28 principal, plus accrued interest in the amount of $187,702.77, due on June 29, 2024.

E.   *Sale of Collateral*

33.   On or about July 1, 2025, Warde sold the Arundel Property and remitted the net proceeds of $185,000 to Community Bank for application to the outstanding principal balance of the loan.

34.   On or about April 20, 2022, Warde sold the Bath Property and remitted the net proceeds of $42,700 to Community Bank for application to the outstanding principal balance of the loan.

### COUNT I - DEFICIENCY
### AGAINST BLUE SKY PROPERTIES, LLC

35.   Community Bank repeats and realleges the allegations set forth above as if fully set forth herein.

36.   To secure payment on the Loan, Blue Sky executed the Blue Sky Guaranty.

37. The Loan is in default.

38. The Blue Sky Guaranty provides that Blue Sky unconditionally and absolutely guarantees the obligations under the Loan and Note.

39. The Blue Sky Guaranty further provides that Community Bank may pursue Blue Sky for payment regardless of whether it pursues any other Guarantor for payment.

40. Community Bank provided Blue Sky with notice of the deficiency of the Blue Sky Guaranty.

41. Blue Sky cooperated with Community Bank to reduce the principal balance of the Loan by selling collateral, but a deficiency on the Loan remains.

42. Blue Sky is obligated to make payments under the Loan and Note, including any deficiency claim.

43. Community Bank has made a demand to Blue Sky for payment.

44. Blue Sky has failed to make payment.

45. As of September 4, 2025, Community Bank is owed $1,143,309.61, plus accruing interest and all other fees and costs that are recoverable under the Note. Interest continues to accrue at the rate of $248.24 per diem.

## COUNT II - DEFICIENCY
## AGAINST ANDREW WARDE

46. Community Bank repeats and realleges the allegations set forth above as if fully set forth herein.

47. To secure payment on the Loan, Warde executed the Warde Guaranty.

48. The Loan is in default.

49. The Warde Guaranty provides that Warde unconditionally and absolutely guarantees the obligations under the Loan and Note.

7

50. The Warde Guaranty further provides that Community Bank may pursue Warde for payment regardless of whether it pursues any other Guarantor for payment.

51. Community Bank provided Warde with notice of the deficiency of the Warde Guaranty.

52. Warde cooperated with Community Bank to reduce the principal balance of the Loan by selling collateral, but a deficiency on the Loan remains.

53. Warde is obligated to make payments under the Loan and Note, including any deficiency claim.

54. Community Bank has made a demand to Warde for payment.

55. Warde has failed to make payment.

56. As of September 4, 2025, Community Bank is owed $1,143,309.61, plus accruing interest and all other fees and costs that are recoverable under the Note.

## COUNT III - GUARANTY
## AGAINST BLUE SKY PROPERTIES, LLC

57. Community Bank repeats and realleges the allegations set forth above as if fully set forth herein.

58. The Guaranty executed by Blue Sky provides that Blue Sky Guarantee the obligations of BreakoutIQ under the Note and, in the event of default of the obligations of BreakoutIQ under the Note, Blue Sky shall be obligated, jointly and severally, to pay all amounts due under the Note in full including costs and attorneys' fees.

59. Pursuant to the Blue Sky Guaranty, Blue Sky is liable for all amounts owed by BreakoutIQ to Community Bank.

60. Community Bank is owed $1,143,309.61, plus accruing interest and all other costs and fees that are recoverable under the Note.

61. Community Bank has made a demand to Blue Sky for payment.

62. Blue Sky has failed to make payment.

63. The breach has not been cured, and Community Bank is owed $1,143,309.61, plus, accruing interest and all other fees and costs that are recoverable under the Note.

## COUNT IV - GUARANTY
## AGAINST ANDREW WARDE

64. Community Bank repeats and realleges the allegations set forth above as if fully set forth herein.

65. The Guaranty executed by Warde provides that Warde guarantees the obligations of BreakoutIQ under the Note and, in the event of default of the obligations of BreakoutIQ under the Note, Warde shall be obligated, jointly and severally, to pay all amounts due under the Note in full including costs and attorneys' fees.

66. Pursuant to the Warde Guaranty, Warde is liable for all amounts owed by BreakoutIQ to Community Bank.

67. Community Bank is owed $1,143,309.61, plus accruing interest and all other costs and fees that are recoverable under the Note.

68. Community Bank has made a demand to Warde for payment.

69. Warde has failed to make payment.

70. The breach has not been cured, and Community Bank is owed $1,143,309.61, plus, accruing interest and all other fees and costs that are recoverable under the Note.

## **RELIEF REQUESTED**

WHEREFORE, Plaintiff Community Bank, Inc. respectfully requests that judgment be granted in its favor and against Defendants on all counts and be awarded:

(a) Monetary damages in the amount of $1,143,309.61, plus all other outstanding amounts owed under the Note including but not limited to accruing interest;

(b) Monetary damages in the amount of $1,143,309.61, plus all other outstanding amounts owed under the Blue Sky Guaranty including but not limited to accruing interest against Defendant Blue Sky Properties, LLC;

(c) Monetary damages in the amount of $1,143,309.61, plus all other outstanding amounts owed under the Warde Guaranty including but not limited to accruing interest against Defendant Andrew Warde;

(d) Attorneys' fees and costs; and

(e) Other such further relief as this Court deems equitable and just.

Dated at Portland, Maine, this 8th day of September 2025.

*/s/ Bodie B. Colwell*
Bodie B. Colwell, Bar No. 4853
Tiffany J. Ottenga, Bar No. 10799
*Attorneys for Plaintiff*
Community Bank & Trust West Georgia

Preti Flaherty Beliveau & Pachios LLP
P.O. Box 9546/One City Center
Portland ME  04112-9546
207.791.3000
*bcolwell@preti.com*
*tottenga@preti.com*